```
United States Bankruptcy Court
Eastern District of Wisconsin
```

In re:                                                                    Case No. 16-23309-svk
Victor G. Armendariz                                                      Chapter 13
Ruth Armendariz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2          User: amg          Page 1 of 1          Date Rcvd: Oct 18, 2018
                              Form ID: pdf6      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb        +Victor G. Armendariz,   Ruth Armendariz,   1118 South Layton Boulevard,
               Milwaukee, WI 53215-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              D Alexander  Martin    on behalf of Creditor    Alliance Realty Capital LLC dmartin@odesslaw.com,
               bknotices@odesslaw.com
              Jonathan D. Mas    on behalf of Joint Debtor Ruth  Armendariz ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Jonathan D. Mas    on behalf of Plaintiff Ruth  Armendariz ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Jonathan D. Mas    on behalf of Debtor Victor G. Armendariz ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Jonathan D. Mas    on behalf of Plaintiff Victor G. Armendariz ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Kevin P. Sullivan    on behalf of Creditor    City of Milwaukee, City Clerk ksulli@milwaukee.gov,
               JGibelev@milwaukee.gov,cabankruptcy@milwaukee.gov
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
              Rebecca R. Garcia    filings@ch13oshkosh.com
                                                                                             TOTAL: 9

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Susan V. Kelley
    Chief United States Bankruptcy Judge

DATED:   October 18, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Victor G. Armendariz and<br>Ruth Armendariz,<br>        Debtors. | Chapter 13<br>Case No. 16−23309−svk |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING THE TRUSTEE, AND CLOSING THE CHAPTER 13 CASE**

    The chapter 13 trustee filed a final report and account and certified that the estate has been fully administered. The trustee received funds in the amount of $15,933.00 and disbursed those funds in accordance with the final account. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED: The trustee's final account is approved, the trustee's bond is released, the trustee is discharged, and the chapter 13 case is closed.

####